# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALIREZA BAKHTIARI, | |
| Plaintiff, | NO. 3:18-CV-0038 |
| v. | (JUDGE CAPUTO) |
| JASON MADRIGAL, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 15th day of June, 2018, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 24) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 24) is **ADOPTED**.

(2) The claims against Defendant John Kelly are **DISMISSED with prejudice**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

FILED
SCRANTON

JUN 1 5 2018

PER _____
DEPUTY CLERK