IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALIREZA BAKHTIARI, | |
| Plaintiff, | NO. 3:18-CV-0038 |
| v. | (JUDGE CAPUTO) |
| JASON MADRIGAL, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 7th day of February, 2019, IT IS HEREBY ORDERED that Defendants' Motion to Strike (Doc. 87) Plaintiff's Objections to the Magistrate Judge's Report and Recommendations for failure to file a supporting brief is **DENIED**. Defendants shall file their brief(s) in opposition to Plaintiff's Objections within **fourteen (14) days** from the date of entry of this Order.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge