**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALIREZA BAKHTIARI<br><br>PLAINTIFF,<br><br>v.<br><br>JASON MADRIGAL, *ET AL.*,<br><br>Defendants. | No. 3:18-CV-38<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## **ORDER**

**NOW**, this 9th day of April, 2019, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 83) is **ADOPTED as stated in the accompanying memorandum**.

(2) Federal Defendants' Motion to Dismiss (Doc. 43) is **GRANTED** as follows:

    (A) Counts III (FTCA - Civil Conspiracy), IV, V, VI, VII, XVIII, and XX of the Complaint (Doc. 1) are **DISMISSED without prejudice**.

    (B) Claims against the Federal Defendants in Counts I, II, XIX, and XXI of the Complaint are **DISMISSED without prejudice**.

    (C) Counts III (Civil Conspiracy - Pennsylvania law), VIII, IX, and X, XII, XIV, and XVI of the Complaint are **DISMISSED with prejudice**.

 

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge