# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALIREZA BAKHTIARI<br><br>    PLAINTIFF,<br><br>    v.<br><br>JASON MADRIGAL, *ET AL.*,<br><br>    Defendants. | No. 3:18-CV-38<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 13th day of May, 2019, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 84) is **ADOPTED in part and as REJECTED in part** as stated in the accompanying memorandum.

(2) PCCF Defendants' Motion for Summary Judgment (Doc. 31) is **GRANTED in part and DENIED in part as follows**:

   (A) The Motion for Summary Judgment is **GRANTED** as to all claims against Defendants Forshe and Wenzel, all Hepatitis C claims, the access to courts claim against Defendants Martin and Frawley, and the Eighth Amendment strip search claim against Defendant Martin.

   (D) The Motion for Summary Judgment is **DENIED** in all other respects.

(3) The Matter is placed on this Court's **August 2019** trial list.

                                                    /s/ A. Richard Caputo  
                                                    A. Richard Caputo  
                                                    United States District Judge