IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALIREZA BAKHTIARI, | : |
| | : NO.  3:18-CV-0038 |
| | : |
| v. | : |
| | : (JUDGE CAPUTO) |
| JASON MADRIGAL, ET AL., | : |
| | : |
| Defendants. | : |

## ORDER

**NOW**, this 29th day of July, 2019, upon consideration of Plaintiff's Motion to Continue Trial (Doc. 104) **IT IS HEREBY ORDERED** that the motion is granted. This case is removed from the August, 2019 trial list and placed on the **October, 2019** trial list of this Court.  A pretrial scheduling order will follow in due course.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge